# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-3961

_____

Lillian Carter,                          *
                                         *
                 Appellant,              *    Appeal from the United States
                                         *    District Court for the Western
        v.                               *    District of Arkansas.
                                         *
Provident Life and Accident Insurance    *         [UNPUBLISHED]
Company,                                 *
                                         *
                 Appellee.               *

_____

Submitted: April 23, 1999
Filed: April 28, 1999

_____

Before BOWMAN,* Chief Judge, ROSS, and FAGG, Circuit Judges.

_____

PER CURIAM.

Lillian Carter appeals from an adverse judgment in Carter's action brought under the Employment Retirement Security Act to recover accidental death insurance benefits following the death of her husband. Having reviewed the record in the context of Carter's contentions, we conclude that no error of law appears in the district court's

---

*The Honorable Pasco M. Bowman stepped down as Chief Judge of the United States Court of Appeals for the Eighth Circuit at the end of the day on April 23, 1999. He has been succeeded by the Honorable Roger L. Wollman.

ruling and that an extended discussion is unnecessary. We thus affirm for the reasons stated in the district court's ruling. <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.